## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEGAN PIVACEK, | ) | 3:19-MS-0012-CLB |
| Petitioner, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 11, 2020 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**PRESENT:** <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>     LISA MANN     </u>   **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING</u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Petitioner, Megan Pivacek, initiated this miscellaneous action on August 29, 2019 in relation to a firearm that is subject to forfeiture in *United States of America v. Corey Leggett,* case no. 3:17-CR-0095-MMD-CLB. The Clerk shall **SEND** a copy of petitioner's claim to the Asset Forfeiture Attorneys of the United States Attorney's Office as follows:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada  89101

The government is directed to respond to petitioner's claim (ECF No. 1) within twenty (20) days.

The Clerk shall file a copy of this order in *United States of America v. Corey Leggett,* case no. 3:17-CR-0095-MMD-CLB.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:     /s/     
Deputy Clerk